IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER S. McCAMBRIDGE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-1148 |
| | : | |
| v. | : | |
| | : | |
| SYLVIA MATTHEWS BURWELL, | : | |
| SECRETARY OF HEALTH AND | : | |
| HUMAN SERVICES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of December, 2016, after considering (1) the motion for summary judgment filed by the *pro se* plaintiff and any responses thereto (Doc. Nos. 16, 27); (2) the motion for summary judgment filed by the defendant and any responses thereto (Doc. Nos. 17, 29); (3) the statement of undisputed material facts in support of the defendant's motion for summary judgment (Doc. No. 18); (4) the plaintiff's motion to remand (Doc. No. 20); and (5) the plaintiff's request for appointment of counsel (Doc. No. 30); and after reviewing the administrative record filed by the Defendant (Doc. No. 14); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's motion for summary judgment (Doc. No. 16) is **DENIED**;

2. The defendant's motion for summary judgment (Doc. No. 17) is **GRANTED**;

3. Judgment is entered in favor of the defendant, Sylvia Matthews Burwell, Secretary of Health and Human Services, and against the plaintiff, Peter S. McCambridge;

4. The plaintiff's motion to remand (Doc. No. 20) is **DENIED**;

5. The plaintiff's request for appointment of counsel (Doc. No. 30) is **DENIED**; and

6. The clerk of the court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.